USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 4-7-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SHACORY ANTONIO ANDUJAR, *individually and on behalf of others similarly situated*,

                        Plaintiff,

         v.

BAKERS PIZZA HK LLC *doing business as* BAKERS PIZZA + ESPRESSO, BAKER'S PIZZA INC. *doing business as* BAKERS PIZZA, JORDAN BAKER, AND JEREMY BAKER,

                        Defendants.

No. 18-CV-11400 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

      During a February 19, 2020 telephone conference in this matter, the Court instructed the parties to submit a status letter no later than March 13, 2020. To date, the parties have not done so. No later than April 14, 2020, the parties shall jointly file a letter updating the Court as to the status of this case, including proposed next steps.

SO ORDERED.

Date: April 7, 2020
       New York, New York

_____
RONNIE ABRAMS
United States District Judge