| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED: 7-14-20 |

SHACORY ANTONIO ANDUJAR, *individually and on behalf of others similarly situated*,

                Plaintiff,

      v.

BAKERS PIZZA HK LLC *doing business as* BAKERS PIZZA + ESPRESSO, BAKER'S PIZZA INC. *doing business as* BAKERS PIZZA, JORDAN BAKER, AND JEREMY BAKER,

                Defendants.

No. 18-CV-11400 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      According to the docket, a mediation conference was scheduled for June 24, 2020. The Court's May 5, 2020 Order instructed the parties to submit a joint status update within one week after any mediation is held. *See* Dkt. 63. To date, however, the parties have not submitted a joint letter. No later than July 21, 2020, the parties shall jointly file a letter updating the Court as to the status of this case, including the status of the mediation.

SO ORDERED.

Date: July 14, 2020
       New York, New York

                                            RONNIE ABRAMS
                                            United States District Judge