```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 12/11/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHACORY ANTONIO ANDUJAR,
*individually and on behalf of all other employees similarly situated*,

      Plaintiff,

   v.

BAKERS PIZZA HK LLC, ET AL.,

      Defendants.

No. 18-CV-11400 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

  On November 19, 2020, the Court directed the parties to discuss whether they are willing to consent, under 28 U.S.C. § 636(c), to conducting all further proceedings before Magistrate Judge Parker, and to inform the Court within two weeks as to whether they are willing. *See* Dkt. 76. The parties have not done so. No later than December 18, 2020, the parties shall advise the Court whether or not they so consent, but without disclosing the identity of the party or parties who do not consent. No adverse consequences will result from the withholding of that consent.

  If the parties do not consent to conducting all further proceedings before Magistrate Judge Parker, the case will be referred by separate order only for general pretrial management.

SO ORDERED.

Dated: December 11, 2020
     New York, New York

                     _____
                     Ronnie Abrams
                     United States District Judge