```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 08/16/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SHACORY ANTONIO ANDUJAR,
*individually and on behalf of all other employees similarly situated*,

        Plaintiff,

    v.

BAKERS PIZZA HK LLC, et al.,

        Defendants.

No. 18-CV-11400 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    No later than August 23, 2021, the parties are directed to file a letter updating the Court on the status of this case.

SO ORDERED.

Dated:    August 16, 2021
             New York, New York

                                      Ronnie Abrams
                                      United States District Judge