UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SHACORY ANTONIO ANDUJAR,

                Plaintiff,

            v.

BAKERS PIZZA HK LLC, *et al.*,

                Defendants.

No. 18-CV-11400 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    Upon consideration of the parties' joint letter dated May 20, 2022 and on consent of the parties' counsel, the Court determines that a 90-day stay of this case is appropriate to allow time for Defendants to initiate bankruptcy proceedings. The parties are directed to file a joint status letter in 90 days updating the Court on the status of those proceedings and proposing next steps for this case.

    The Clerk of Court is respectfully directed to stay this case until further notice.

SO ORDERED.

Dated:    May 31, 2022
               New York, New York

                                                         Ronnie Abrams
                                                          United States District Judge

# CSM Legal, P.C.

Employment and Litigation Attorneys

| | |
|---|---|
| 60 E. 42nd Street, Suite 4510 | Telephone: (212) 317-1200 |
| New York, New York 10165 | Facsimile: (212) 317-1620 |

jarret@csm-legal.com

May 20, 2022

**VIA ECF**

Hon. Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

         Re:    Antonio Andujar v. Bakers Pizza HK LLC et al
                18-cv-11400 (RA)

Dear Judge Abrams:

      We represent Plaintiff Shacory Antonio Andujar in the above-referenced matter. We submit this letter, jointly with Defendants' counsel, to notify the Court that counsel for the Defendants notified our office of the following, "Unfortunately in the passing time both Baker brothers suffered mental breakdowns. I believe as soon as I have authority, given the situation, it will be a Chapter 7 bankruptcy for all defendants." Due to these new developments, the Plaintiff would like to move forward with the case and respectfully request that the Court place this matter back on the Court's docket for trial or any further action that the Court deems necessary.

      We thank the Court for its attention to this matter.

                                  Respectfully submitted,

                                  /s/ *Jarret T. Bodo*
                                  Jarret T. Bodo, Esq.
                                  CSM LEGAL, P.C.
                                  *Attorneys for Plaintiff*

                                *Kent Gross, Esq.*
                                Kent Gross, Esq.
                                *Attorney for Defendants*