```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 09/21/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHACORY ANTONIO ANDUJAR,

                Plaintiff,

v.

BAKERS PIZZA HK LLC d/b/a BAKERS PIZZA + ESPRESSO, BAKER'S PIZZA INC. d/b/a BAKERS PIZZA, JORDAN BAKER, and JEREMY BAKER,

                Defendants.

18-CV-11400 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      By Order dated August 30, 2022, the Court directed Defendants' counsel to submit a status letter updating the Court on whether Defendants have initiated bankruptcy proceedings and proposing next steps for this case by no later than September 6, 2022. To date, no such update has been filed. Defendants shall file a letter updating the Court on or before October 7, 2022. If no such submission is filed, the Court may entertain a motion for default judgment against Defendants.

SO ORDERED.

Dated:    September 21, 2022
            New York, New York

                                              Ronnie Abrams
                                              United States District Judge