**USDC-SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC#:**
**DATE FILED:**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHACORY ANTONIO ANDUJAR,

                Plaintiff,

      v.

BAKERS PIZZA HK LLC d/b/a BAKERS PIZZA + ESPRESSO, BAKER'S PIZZA INC. d/b/a BAKERS PIZZA, JORDAN BAKER, and JEREMY BAKER,

                Defendants.

18-CV-11400 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      By Order dated September 21, 2022, the Court directed Defendants' counsel to submit a status letter updating the Court on whether Defendants have initiated bankruptcy proceedings and proposing next steps for this case by no later than October 7, 2022. To date, no such letter has been filed. If Plaintiff wishes to seek a certificate of default, Plaintiff shall do so by December 30, 2022.

SO ORDERED.

Dated:    December 22, 2022
             New York, New York

                                            Ronnie Abrams
                                            United States District Judge