**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
SHACORY ANTONIO ANDUJAR,
*individually and on behalf of others similarly*
*situated*,

                   *Plaintiff*,

-against-

BAKER'S PIZZA HK, LLC (D/B/A
BAKER'S PIZZA + ESPRESSO),
BAKER'S PIZZA, INC. (D/B/A BAKER'S
PIZZA), JORDAN BAKER, and JEREMY
BAKER

                *Defendants.*

-------------------------------------------------------X

**1:18-cv-11400-RA**

**NOTICE OF MOTION FOR**
**DEFAULT JUDGMENT**

## NOTICE OF MOTION

      Please take notice that, upon the annexed declaration of Jarret Bodo, Esq., and attached exhibits, and the declarations of Plaintiff, and all prior papers and proceedings in this case, the Plaintiff, by counsel, will move the court, at such time and date as the Court may designate, pursuant to Fed. R. Civ. P. 55(b) (2) and Local Rule 55.2(b), for judgment by default against Defendants BAKER'S PIZZA HK, LLC (D/B/A BAKER'S PIZZA + ESPRESSO), BAKER'S PIZZA, INC. (D/B/A BAKER'S PIZZA), JORDAN BAKER, and JEREMY BAKER.

      Answering papers, if any, shall be served on the undersigned no later than fourteen days after service of the moving papers in accordance with Local Rule 6.1(b), or at such other time as the court may direct.

Dated: New York, New York

      December 30, 2022

                                   CSM LEGAL, P.C.

                            By:    */s/ Jarret T. Bodo*
                                   Jarret T. Bodo
                                   60 East 42nd Street, Suite 4510
                                   New York, New York 10165
                                   (212) 317-1200
                                   *Attorneys for Plaintiff*