```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SHACORY ANTONIO ANDUJAR,
*individually and on behalf of others similarly situated*,

           Plaintiff,

    v.

BAKER'S PIZZA HK, LLC *d/b/a* BAKER'S PIZZA + ESPRESSO, BAKER'S PIZZA, INC. *d/b/a* BAKER'S PIZZA, JORDAN BAKER, and JEREMY BAKER,

           Defendants.

No. 18-CV-11400

ORDER

---

RONNIE ABRAMS, United States District Judge:

      On December 30, 2022, Plaintiff Shacory Antonio Andujar moved for default judgment against Defendants Baker's Pizza HK, LLC, Baker's Pizza, Inc., Jordan Baker, and Jeremy Baker in this FLSA and NYLL action. To date, however, Plaintiff has not filed proof of service of the default judgment motion and supporting papers on Defendants. Plaintiff shall file such proof of service no later September 8, 2023, after which the Court will schedule a show cause hearing.

SO ORDERED.

Dated:    August 31, 2023
            New York, New York

                                              Ronnie Abrams
                                              United States District Judge