UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SHACORY ANTONIO ANDUJAR, *individually and
on behalf of others similarly situated*,

                *Plaintiff*,                                1:18-cv-11400-RA

-against-                                          **DEFAULT JUDGMENT**

BAKER'S PIZZA HK, LLC (D/B/A BAKER'S
PIZZA + ESPRESSO), BAKER'S PIZZA, INC.
(D/B/A BAKER'S PIZZA), JORDAN BAKER, and
JEREMY BAKER,

                *Defendants,*

-----------------------------------------------------------------X

      The summons and Complaint in this action having been duly served on the above-named Defendants BAKER'S PIZZA HK, LLC (D/B/A BAKER'S PIZZA + ESPRESSO), BAKER'S PIZZA, INC. (D/B/A BAKER'S PIZZA), JORDAN BAKER, and JEREMY BAKER, and said Defendants having failed to defend in this action, and said default having been duly noted, and upon the annexed Declaration in support of entry of default judgment, with exhibits thereto;

      NOW, on motion of Order to Show Cause by CSM Legal, P.C., counsel for Plaintiff, and for the reasons stated at the Show Cause Hearing held today, it is hereby

      ORDERED, ADJUDGED, and DECREED that Plaintiff SHACORY ANTONIO ANDUJAR, has judgment of Defendants BAKER'S PIZZA HK, LLC (D/B/A BAKER'S PIZZA + ESPRESSO), BAKER'S PIZZA, INC. (D/B/A BAKER'S PIZZA), JORDAN BAKER, and JEREMY BAKER, in the total amount of $52,409.53, which includes the total damages of $40,596.93, as well as costs, disbursements and attorney fees in the sum of $11,812.60, plus interest at the legal rate in effect on the date of this judgment; and, that the Plaintiff has execution therefore.  The Clerk of Court is respectfully directed to close this case.

Dated: New York, New York

<u>    October 5    </u>, 2023.

                                          _____
                                          HON. RONNIE ABRAMS
                                          UNITED STATES DISTRICT COURT JUDGE